**REAL ESTATE & MORTGAGE COMPANY OF LOUISVILLE, a Corporation, Movant, v. SNEAD et al., Opposed.**

Court of Appeals of Kentucky.

Feb. 2, 1940.

Lawrence S. Grauman and M. B. Pfeffer for movant.

Garner Clark and Beulah Hampton, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**SIZEMORE, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

Jan. 23, 1940.

Carl Perkins for movant.

Hubert Meredith, Attorney General, and Wm. F. Neill Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**STATON, Movant, v. CRUM'S ADMINISTRATOR, Opposed.**

Court of Appeals of Kentucky.

Jan. 19, 1940.

Willis Staton for movant.

W. J. Ward and W. H. D. Preece, opposed.

PER CURIAM.

Appeal denied; judgment affirmed, without prejudice to appellant's right to prosecute his claim for attorney's fee by other procedure.